```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 04524
   JANUSZ RAJCA
   MARZANNA RAJCA                            CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-5143    SSN XXX-XX-8138

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 03/14/2007 and was confirmed 05/24/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 09/27/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------
INDYMAC BANK               CURRENT MORTG       .00            .00           .00
INDY MAC BANK              MORTGAGE ARRE       .00            .00           .00
WELLS FARGO AUTO FINANCE   SECURED VEHIC  18293.99         213.11       1738.15
WELLS FARGO FINANCIAL IL   CURRENT MORTG       .00            .00           .00
WELLS FARGO FINANCIAL IL   SECURED NOT I  12842.35            .00           .00
WELLS FARGO BANK NA        NOTICE ONLY    NOT FILED           .00           .00
ECAST SETTLEMENT CORP      UNSECURED       5413.35            .00           .00
BENEFICIAL                 UNSECURED      NOT FILED           .00           .00
CAPITAL ONE                UNSECURED        918.76            .00           .00
RESURGENT CAPITAL SERVIC   UNSECURED       8867.96            .00           .00
CITIFINANCIAL RETAIL SER   NOTICE ONLY    NOT FILED           .00           .00
ECAST SETTLEMENT CORP      UNSECURED        382.51            .00           .00
NORTHWEST SUBURBAN ANEST   UNSECURED      NOT FILED           .00           .00
SAMS CLUB                  NOTICE ONLY    NOT FILED           .00           .00
SUBURBAN PERIODONTICS LT   UNSECURED      NOT FILED           .00           .00
WEBER-STEPHEN PRODUCTS C   UNSECURED      NOT FILED           .00           .00
COOK COUNTY TREASURER      SECURED NOT I       .00            .00           .00
HELLER & FRISONE~          NOTICE ONLY    NOT FILED           .00           .00
WELLS FARGO FINANCIAL IL   UNSECURED        320.11            .00           .00
DEUTSCHE BANK NATIONAL T   NOTICE ONLY    NOT FILED           .00           .00
WELLS FARGO FINANCIAL IL   SECURED         5000.00            .00         166.66
PORTFOLIO RECOVERY ASSOC   UNSECURED       1006.56            .00           .00
DENNIS G KNIPP             DEBTOR ATTY    2,500.00                       414.67
TOM VAUGHN                 TRUSTEE                                       167.41
DEBTOR REFUND              REFUND                                           .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE              2,700.00


              PAGE   1 - CONTINUED ON NEXT PAGE
      CASE NO. 07 B 04524 JANUSZ RAJCA & MARZANNA RAJCA
```

```
PRIORITY                                                              .00
SECURED                                                          1,904.81
    INTEREST                                                       213.11
UNSECURED                                                             .00
ADMINISTRATIVE                                                     414.67
TRUSTEE COMPENSATION                                               167.41
DEBTOR REFUND                                                         .00
                                      ---------------    ---------------
TOTALS                                      2,700.00           2,700.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                        /s/ Tom Vaughn
    Dated: 12/27/07                     _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```